# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-955-048**

**Effective Date of Registration:**
January 19, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Photographs entitled Doublemint Twins on Bicycles |
| **Content Title:** | Photographs by Nick Koudis, contains 3 photos, each depicting Doublemint Twins on Bicycles. |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2004 |
| **Date of 1st Publication:** | January 15, 2005 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Nick Koudis |
| **Author Created:** | photograph(s) and 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1957 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nick Koudis |
| | 1159 N Vista St, W Hollywood, CA, 90046, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Nick Koudis |
| **Email:** | nick@koudis.com |
| **Telephone:** | (323)874-1444 |
| **Address:** | 1159 N Vista St |
| | W Hollywood, CA 90046 United States |

## Certification

Page 1 of 2

**Name:** Nick Koudis
**Date:** January 19, 2015

**Correspondence:** Yes
**Copyright Office notes:** Regarding registration of multiple works: registered as a unit of publication.

