# Exhibit

# 2



RANDOM THOUGHTS | SCIENCE

# Do You Really Know Your Bubbles?

September 7, 2016

*Champagne, Champagne*
*I love those little bubbles*
*Champagne, Champagne*
*Though they get me into trouble*
*Lord, how I wish it would rain*
*Champagne, Champagne, Champagne*
~Dada

Who doesn't love Champagne? The sound the cork makes as it pops. The tiny bubbles as they rise up your glass. What's not to love?

07/04/2022, 17:55

Do You Really Know Your Bubbles? • Dracaena Wines

**CLICK TO TWEET** 

# Tickle Your Nose

Bubbles are carbonation and carbonation means Carbon Dioxide [$CO_2$]. It's a gas, so it rises. Depending on the glass it will continue to rise at a different pace and length of time.

> when it comes to Champagne or sparkling, the glass matters!
>
> **CLICK TO TWEET** 

Long story made short, tall, narrow glasses will keep your bubbles lasting longer than wide-mouthed ones.



courtesy of Public Library of Science ONE

The above infrared images demonstrate how the $CO_2$ is released from the champagne surface. Carbon dioxide irritates the sensory nerves in



courtesy of Public Library of Science ONE



sparkling wines.

Research shows that the levels of the gas close to the edge of a flute were two to three times higher than those reached above the coupe. So glass matters to you! Do you like the tingle- go with a flute. Not a fan of it, choose a coupe.

## You'll Shoot Your Eye Out



How many of us has had a Champagne cork get away from us?  I was at a party once and popped a cork and it literally went two stories high! [Damn, I wish I had that on video!] Ever wonder why that happens?

> Legally, sparkling wine must be at least 1 ATM and greater than .392 CO2/100ml.
>
> CLICK TO TWEET   

Most sparkling is actually under much more pressure (5-6 ATM) and in a closed container, the amount of $CO_2$ in the head of the bottle is equal to the amount within the liquid. Once you open the container, that equilibrium is eliminated and there is an excess of gas in the liquid. The reason the cork flies is because some of the energy stored in the closed champagne bottle is released as kinetic energy. Kinetic energy is work energy and that is what sends the cork flying.



your sparkling wine is cold. The gas is inversely related to the temperature. That means the warmer the liquid that has the $CO_2$, the larger the gas release is; so the cork will fly further. As the temperature cools, the $CO_2$ becomes more soluble in the liquid, so less escapes when the cork is opened, causing less of a dramatic pop!

# Double Your Pleasure



We all know wine goes through fermentation. The chemical breakdown in which sugars are converted into ethyl alcohol is fermentation. Carbon dioxide is released during this process. So why doesn't all wine have effervescence like sparkling? It's the second fermentation. The wine goes through the first fermentation until dry, like other wines, but then more sugar is added for the second fermentation inside a closed container.

> Note that I said, 'closed container' and not in bottle.
>
> **CLICK TO TWEET** 

That are significant differences in the winemaking process. Not all sparkling wine goes through a second fermentation in bottle. There are three methods of second fermentation. Which method used determines the quality of the wine and the size of the bubbles.

# The Label Tells It All



*T*he most labor intensive method is M*ethode Champenoise* (Traditional

Method.) All Champagne uses this process. It involves taking the cuvee (base wine) and tirage (sugar, wine and yeast) and putting it into the bottle. In this method, the bottle itself is the fermenting vessel. The second fermentation takes between one and three months. Labeling will either



courtesy of www.champagne-chaumont.fr

read M*ethode Champenoise,* if Champagne or "fermented in this bottle."

*T*ransfer Process is much cheaper because there is no riddling. Emptying bottles into a transfer tank under pressure eliminates the $CO_2$ loss during filter and dosage. "Fermented in *a* bottle" or "bottle fermented" is found on these labels.

*C*harmat Process also known as Methodo Italiano or Bulk Process is the least expensive way to make sparkling wine. In this method, the second fermentation is done in a tank. It is very rapid and extremely uniform. The $CO_2$ is injected into the cuvee. There typically is no aging on lees, therefore you get no yeasty flavor. You also get much larger bubbles.





# Sweetness Scale

When it comes to sipping bubbles, there are six levels of sweetness to choose from.

- Extra Brut (less than 6 grams of residual sugar per litre)
- Brut (less than 12 grams)
- Extra Dry (between 12 and 17 grams)
- Sec (between 17 and 32 grams)
- Demi-sec (between 32 and 50 grams)
- Doux (50 grams)



These are the posts that I love the best. When I get to combine my two passions, science and wine. I love being able to combine the two and I hope you enjoy reading as



courtesy of www.divineliving.com

much as I cherish writing them. And when I can write a post that I love and make it my submission for the #MWWC27, that's the trifecta!



Case 1:22-cv-01460-SKO   Document 1-2   Filed 11/10/22   Page 8 of 19

of each month chooses the next month's theme. It always intrigues me how a single topic can be viewed differently by each of the writers and I always love reading their posts. You can read the posts and vote for your favorite here.

~Slainte!

#champagne    #Charmat Process    #Methode Champenoise    #MWWC

#Sparkling wine    #Transfer Process

← PREVIOUS

Red Wine in Lodi; More than Just Zinfandel

NEXT →

A Message in a Bottle from Austria

## Similar Posts



## Winery Marketing Decisions; Does the Public Agree?

April 7, 2021

● ○ ○

# 5 Comments

Pingback: *Dracaena Wines: Do You Really Know Your Bubbles? | mwwcblog*



**Jill BARTH** says:
September 13, 2016 at 9:43 am

Cheers! Case 1:22-cv-01460-SKO    Document 1-2    Filed 11/10/22    Page 10 of 19 

Reply

---

 **DracaenaWines** says:
September 13, 2016 at 9:51 am

Thank you Jill

Reply

---

 **Lauren Walsh** says:
September 13, 2016 at 1:25 pm

If only chemistry class had been this much fun! Love how you integrate your science background into your love of wine.

Reply

---

 **DracaenaWines** says:
September 13, 2016 at 5:43 pm

Thank you so much Lauren. They really are my favorite posts to write.

Reply

---

# Leave a Reply



## SCHEDULE A TASTING

| BOOK PASO ROBLES NOW | BOOK FRESNO NOW |
|---|---|



Up to 35% off and $10 flat shipping



## NEWSLETTER

**Email address:**

Your email address

Sign up

     

## CERTIFICATIONS



## SLIDESHOW



## SUBSCRIBE TO BLOG VIA EMAIL

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 23,627 other subscribers

Email Address

Subscribe

## SUBSCRIBE TO THE PODCAST















## VISIT OUR WINE PAIRING SITE



## RECENT POSTS

Discussing Women's History Month on Your Central Valley

A is for Areni on Winephabet Street



© 2022 Dracaena Wines - WordPress Theme by [Kadence WP](#)



**Dracaena Wines**

Our Wines + Your Moments = Great Memories

HOME    ACCOLADES    PURCHASE    WINE CLUB    WINE WEIMES    CONTACT US    CHARITY    RECIPES

BLOG    PODCAST    $0.00 0 ITEMS

## Blog

# Do You Really Know Your Bubbles?

September 7, 2016    DracaenaWines    5 Comments



*Champagne, Champagne*
*I love those little bubbles*
*Champagne, Champagne*
*Though they get me into trouble*
*Lord, how I wish it would rain*
*Champagne, Champagne, Champagne*
*~Dada*

Who doesn't love Champagne? The sound the cork makes as it pops. The tiny bubbles as they rise up your glass. What's not to love?

Aside from the beauty and awe of the bubbles, it all comes down to science!

CLICK TO TWEET

## Tickle Your Nose

Bubbles are carbonation and carbonation means Carbon Dioxide [$CO_2$]. It's a gas, so it rises. Depending on the glass it will continue to rise at a different pace and length of time.

when it comes to Champagne or sparkling, the glass matters!

CLICK TO TWEET

Long story made short, tall, narrow glasses will keep your bubbles lasting longer than wide-mouthed ones.

 

courtesy of Public Library of Science ONE

The above infrared images demonstrate how the $CO_2$ is released from the champagne surface. Carbon dioxide irritates the sensory nerves in the nose. This leads to the popular tingling sensation of sparkling wines. Research shows that the levels of gas close to the edge of a flute were two to three times higher than those reached above the coupe. So glass matters to you? Do you like the tingle- go with a flute. Not a fan of it, choose a coupe.



courtesy of Public Library of Science ONE

## You'll Shoot Your Eye Out

How many of us has had a Champagne cork get away from us? I was at a party once and popped a cork and it literally went two stories high! [Damn, I wish I had that on

---

### Schedule a Tasting With Us

BOOK PASO ROBLES NOW
BOOK FRESNO NOW


Click to Purchase


Up to 35% off and $10 flat shipping
Dracaena Wines Club Club

### Sign up for Winery Newsletter

Email address:

Your email address

Sign up

### Follow Us

### Certifications



### Awards



### Get notified of new blog posts

We'll keep your information private

email

Stay Informed

Listen to Our Podcast

### Subscribe to Podcast









video!] Ever wonder why that happens?

> Legally, sparkling wine must be at least 1 ATM and greater than .392 CO2/100ml.
>
> CLICK TO TWEET 🐦

Most sparkling is actually under much more pressure (5-6 ATM) and in a closed container, the amount of $CO_2$ in the head of the bottle is equal to the amount within the liquid. Once you open the container, that equilibrium is eliminated and there is an excess of gas in the liquid. The reason the cork flies is because some of the energy stored in the closed champagne bottle is released as kinetic energy. Kinetic energy is work energy and that is what sends the cork flying.

What's the solution to shooting yours our a friend's eye out, or maybe busting a window or two? All you have to do is make sure your sparkling wine is cold. The gas is inversely related to the temperature. That means the warmer the liquid that has the $CO_2$, the larger the gas release is; so the cork will fly further. As the temperature cools, the $CO_2$ becomes more soluble in the liquid, so less escapes when the cork is opened, causing less of a dramatic pop!

## Double Your Pleasure



We all know wine goes through fermentation. The chemical breakdown in which sugars are converted into ethyl alcohol is fermentation. Carbon dioxide is released during this process. So why doesn't all wine have effervescence like sparkling? It's the second fermentation. The wine goes through the first fermentation until dry, like other wines, but then more sugar is added for the second fermentation inside a closed container.

> Note that I said, 'closed container' and not in bottle.
>
> CLICK TO TWEET 🐦

That are significant differences in the winemaking process. Not all sparkling wine goes through a second fermentation in bottle. There are three methods of second fermentation. Which method used determines the quality of the wine and the size of the bubbles.

## The Label Tells It All

*T*he most labor intensive method is *Methode Champenoise* (Traditional

Method.) All Champagne uses this process. It involves taking the cuvee (base wine) and tirage (sugar, wine and yeast) and putting it into the bottle. In this method, the bottle itself is the fermenting vessel. The second fermentation takes between one and three months. Labeling will either read *Methode Champenoise*, if Champagne or "fermented in this bottle."

chaumont.fr



*T*ransfer Process is much cheaper because there is no riddling. Emptying bottles into a transfer tank under pressure eliminates the $CO_2$ loss during filter and dosage. "Fermented in *a* bottle" or "bottle fermented" is found on these labels.

*C*harmat Process also known as Methodo Italiano or Bulk Process is the least expensive way to make sparkling wine. In this method, the second fermentation is done in a tank. It is very rapid and extremely uniform. The $CO_2$ is injected into the cuvee. There typically is no aging on lees, therefore you get no yeasty flavor. You also get much larger bubbles.

## Sweetness Scale

When it comes to sipping bubbles, there are six levels of sweetness to choose from.

- Extra Brut (less than 6 grams of residual sugar per



🎵 Available on Podbean

iTunes

🏅

### Visit Our Wine Pairing Website

### Recent Posts

Zweigelt on Winephabet Steet

Vintner Project Article: How Winemakers in Jumilla are Achieving The Perfect Expression of Monastrell

Getting Back to Wine with Milano Wine Week

### Archives

Select Month ▾



- Brut (less than 12 grams)
- Extra Dry (between 12 and 17 grams)
- Sec (between 17 and 32 grams)
- Demi-sec (between 32 and 50 grams)
- Doux (50 grams)

courtesy of www.divineliving.com

These are the posts that I love the best. When I get to combine my two passions, science and wine. I love being able to combine the two and I hope you enjoy reading as much as I cherish writing them. And when I can write a post that I love and make it my submission for the #MWWC27, that's the trifecta!

The monthly wine writer's challenge is a friendly wine writing competition started by Jeff of thedrunkencyclist.com. The winner of each month chooses the next month's theme. It always intrigues me how a single topic can be viewed differently by each of the writers and I always love reading their posts. You can read the posts and vote for your favorite here.

~Slainte!

---

### Never Miss A Blog Post!

Providing your email will guarantee you know when a new post goes live.

Enter your email

**Subscribe**

We will not share your information with anyone!

powered by MailMunch

Like this:



★ Like

14 bloggers like this.

Tweet    Pin    Share    < 33
                                SHARES

Posted in: Random Thoughts, Science

Filed under: champagne, Charmat Process, Methode Champenoise, MWWC, Sparkling wine, Transfer Process

← Red Wine in Lodi: More than Just Zinfandel                    A Message in a Bottle from Austria →

---

## 5 thoughts on "Do You Really Know Your Bubbles?"

Pingback: Dracaena Wines: Do You Really Know Your Bubbles? | mwwc.blog

**JILL BARTH** says:
September 13, 2016 at 9:43 am

Great stuff here! Fun & informing...
Cheers!

Reply

> **DracaenaWines** says:
> September 13, 2016 at 9:51 am
>
> Thank you Jill
>
> Reply

**Lauren Walsh** says:
September 13, 2016 at 1:25 pm

If only chemistry class had been this much fun! Love how you integrate your science background into your love of wine.

Reply

> **DracaenaWines** says:
> September 13, 2016 at 5:43 pm
>
> Thank you so much Lauren. They really are my favorite posts to write.
>
> Reply

## Leave a Reply

Enter your comment here...



Copyright © 2022 Dracaena Wines — Uptown Style WordPress theme by GoDaddy

need help?



**URL**            https://dracaenawines.com/wp-content/uploads/2016/08/Doublemint-Twins-270x30
                   0.jpg
**Date captured**  May 20th 2022, 12:23:35PM
**Last updated**   May 20th 2022, 12:23:35PM
**Hash**           3cab5ecedbe1c205c0d4b1ec9c3b2463d140bb6d4e21f33aa5d68bfd7f9f2f6e

