UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK KOUDIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRACAENA WINES LIMITED LIABILITY COMPANY, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-01460-SKO<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 10) |

On July 3, 2023, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 10.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to assign a district judge to this matter and thereafter close this case.

IT IS SO ORDERED.

Dated: __**July 5, 2023**__　　　　　　　　　_/s/ Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE